No. 79-6020. BROWN ET AL. *v.* SCHIFF ET AL. C. A. 10th Cir. Certiorari denied.

No. 79-6033. WISCHNEWSKI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79-6037. ARMSTRONG *v.* MITCHELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 79-6049. REYNOLDS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 79-6055. HEITMAN *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 79-6067. McKETHAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79-6073. GREEN *v.* SUMMERS. C. A. 4th Cir. Certiorari denied.

No. 79-6080. CHERRY *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 79-6093. RILEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79-6129. PAQUETTE *v.* HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 79-6142. PAUL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79-6163. LEWIS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79-6176. ENSMINGER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.